

# Fourth Court of Appeals
## San Antonio, Texas

August 18, 2022

No. 04-22-00425-CV

**IN THE INTEREST OF S.L.W.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00440
Honorable Susan D. Reed, Judge Presiding

## O R D E R

The trial court signed its final order of termination on June 16, 2022. Therefore, the notice of appeal was due to be filed on July 6, 2022. *See* TEX. R. APP. P. 26.1(b). A motion for extension of time to file the notice of appeal was due by July 21, 2022. *See* TEX. R. APP. P. 26.3. Appellant, however, did not file a motion for extension of time. Appellant filed the notice of appeal on July 13, 2022.

We, therefore, ORDER appellant show cause in writing by September 1, 2022 why the notice of appeal was filed after the July 6, 2022 deadline and this appeal should not be dismissed for lack of jurisdiction. We suspend all appellate deadlines pending our determination of whether we have jurisdiction over this appeal.

It is so **ORDERED** on August 18, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT